DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TMBC, LLC d/b/a TRACKER MARINE BOAT CENTER, LLC,**
Appellant,

v.

**DANIEL PENA, et al.,**
Appellees.

No. 4D17-2723

[April 12, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502016CA007119XXXXMB.

Russell M. Pfeifer of Manion Gaynor & Manning LLP, Miami, for appellant.

Jack P. Hill and Adam S. Hecht of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, and Philip M. Burlington and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***